UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
DEMOS P. DEMOPOULOS, MICHAEL SPINELLI,
and LAWRENCE CUOMO, *as Trustees and*
*Fiduciaries of the Milk Industry Office Employees*
*Pension Fund*,

                                    ORDER
                                    17-CV-7257 (ILG)(LB)

                  Plaintiffs,

      -against-

SWEET CLOVER FARMS, INC.,

                  Defendant.
------------------------------------------------------------------x
GLASSER, Senior United States District Judge:

      The Plaintiffs' motion requesting the entry of a default judgment was referred, in accordance with 28 U.S.C. § 636(b), to Magistrate Judge Lois Bloom to Report and Recommend (R&R). On October 29, 2019 that R&R was filed and, as of the date of this Order, no objection to it has been submitted.

      A *de novo* review was made by the Court of a 15-page Report presenting a chronological statement of the operative facts, a comprehensive discussion of the relevant law applied to those facts, and a Recommendation thoughtfully and fairly arrived at. The Court adopts that compelling R&R in its entirety and directs that a default judgment be entered against the Defendant as follows: $171,870.00 in withdrawal liability; $19,579.05 in interest, plus $84.76 per diem from May 18, 2018 until the date the judgment is entered; $34,374.00 in liquidated damages; $4,725 in attorney's fees; and $582.50 in costs.

      SO ORDERED.

Dated:      Brooklyn, New York
              December 4, 2019      /s/_____
                                              I. Leo Glasser                U.S.D.J.